```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                              Case No. 15-04884-RNO
Joseph A Roemer                                                     Chapter 13
Dawn A. Roemer
          Debtors               CERTIFICATE OF NOTICE
District/off: 0314-1           User: CGambini              Page 1 of 1         Date Rcvd: Dec 07, 2016
                               Form ID: pdf010             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 4721209         E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Dec 07 2016 19:13:24      Asset Acceptance, LLC,
                  P.O. Box 2036,    Warren, MI 48090-2036
                                                                                               TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2016                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2016 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James M Bach    on behalf of Debtor Joseph A Roemer JMB@JamesMBach.com,
               staff@jamesmbach.com;staff@ecf.courtdrive.com
              James M Bach    on behalf of Joint Debtor Dawn A. Roemer JMB@JamesMBach.com,
               staff@jamesmbach.com;staff@ecf.courtdrive.com
              Joshua I Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| JOSEPH ROEMER and DAWN ROEMER | : | |
| Debtor | : | CASE NO.: 1-15-bk-04884-RNO |
| CHARLES J. DEHART, III, TRUSTEE Objectant | : | |
| vs. | : | |
| ASSET ACCEPTANCE, LLC | : | |
| Claimant | : | |

## ORDER

AND NOW, upon consideration of the Trustee's Objection to Claim No. 9 of Asset Acceptance, LLC Inc, after hearing held on December 7, 2016, it is

ORDERED that the Trustee's Objection to Claim No. 9 of Asset Acceptance, LLC is SUSTAINED and Claim No. 9 of Asset Acceptance, LLC shall be disallowed.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: December 7, 2016