

# JAMES M. BACH
## Attorney At Law

**352 S. Sporting Hill Rd., Mechanicsburg, PA 17050, Tel: (717) 737-2033**

February 2, 2016

Office of the Clerk
United States Bankruptcy Court
Middle District of Pennsylvania
P.O. Box 908
Harrisburg, PA 17108

                                           **Re:**     **Joseph A. Roemer**
                                                            **Dawn A. Roemer**
                                                             **Chapter 13 Bankruptcy**
                                                             **Case No.: 1:15-bk-04884-RNO**

Dear Bankruptcy Clerk:

The new address for the Debtors are as follows:

      2141 Quail Hollow Drive
      Mechanicsburg, PA 17055

Kindly process in your normal fashion.

                                                             Respectfully,

                                                             James M. Bach
                                                             Attorney at Law
                                                             352 South Sporting Hill Rd
                                                             Mechanicsburg, PA 17050
                                                             717-737-2033