

# JAMES M. BACH
### Attorney At Law

**352 S. Sporting Hill Rd., Mechanicsburg, PA 17050, Tel: (717) 737-2033**

June 26, 2019

Office of the Clerk
United States Bankruptcy Court
Middle District of Pennsylvania
P.O. Box 908
Harrisburg, PA 17108

**Re:** **Joseph A. & Dawn A. Roemer**
**Chapter 13 Bankruptcy**
**Case No.: 1:15-bk-04884-HWV**

Dear Bankruptcy Clerk:

The new address for the Debtors is as follows:

> 140 Joan Drive
> York Haven, PA 17370

Kindly process in your normal fashion.

Respectfully,

James M. Bach
Attorney at Law
352 South Sporting Hill Rd
Mechanicsburg, PA 17050
717-737-2033