```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                      Case No. 15-04884-HWV
Joseph A Roemer                                             Chapter 13
Dawn A. Roemer
        Debtors              CERTIFICATE OF NOTICE
District/off: 0314-1          User: KarenDavi         Page 1 of 1          Date Rcvd: Dec 27, 2019
                              Form ID: trc            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5236905         E-mail/Text: jennifer.chacon@spservicing.com Dec 27 2019 18:42:32
                Select Portfolio Servicing, Inc., as servicing,   P.O. Box 65250,
                Salt Lake City UT 84165-0250,   Select Portfolio Servicing, Inc., as ser,   P.O. Box 65250,
                Salt Lake City UT 84165-0250
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              James M Bach    on behalf of Debtor 2 Dawn A. Roemer JMB@JamesMBach.com,
               staff@jamesmbach.com;staff@ecf.courtdrive.com;r39038@notify.bestcase.com
              James M Bach    on behalf of Debtor 1 Joseph A Roemer JMB@JamesMBach.com,
               staff@jamesmbach.com;staff@ecf.courtdrive.com;r39038@notify.bestcase.com
              Joshua I Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lauren Berschler Karl    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
               agent for DLJ Mortgage Capital, Inc. lkarl@rascrane.com,  lbkarl03@yahoo.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              Thomas I Puleo    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 9

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:15-bk-04884-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Joseph A Roemer<br>140 Joan Drive<br>York Haven PA 17370 | Dawn A. Roemer<br>140 Joan Drive<br>York Haven PA 17370 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/26/2019.

Name and Address of Alleged Transferor(s):

Claim No. 14: Select Portfolio Servicing, Inc., as servicing, P.O. Box 65250, Salt Lake City UT 84165-0250, Select Portfolio Servicing, Inc., as ser, P.O. Box 65250, Salt Lake City UT 84165-0250

Name and Address of Transferee:

US Bank Trust National Association
c/o SN Servicing Corporation
323 Fifth St
Eureka, CA 95501
US Bank Trust National Association
c/o SN Servicing Corporation

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12/29/19

Terrence S. Miller
**CLERK OF THE COURT**