Michelle Ghidotti
**GHIDOTTI | BERGER LLP**
1920 Old Tustin Ave.
Santa Ana, CA 92705
Tel: (949) 427-2010
Fax: (949) 427-2732
Email: bknotifications@ghidottiberger.com

Attorney for Creditor,
U.S. Bank Trust National Association, as Trustee for Lodge Series IV Trust

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA – HARRISBURG DIVISION

| | |
|---|---|
| In Re:<br><br>Joseph A Roemer,<br>Dawn A. Roemer<br><br>Debtors. | Chapter 13<br><br>BK Case No.: 1:15-bk-04884-HWV<br><br>WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE (RELATED TO CLAIM NO. 14) |

U.S. Bank Trust National Association, as Trustee for Lodge Series IV Trust, hereby withdraws its Notice of Mortgage Payment Change–Related to Claim No. 14, filed on December 26, 2019.

Dated: February 4, 2020    /s/ Michelle R. Ghidotti-Gonsalves
U.S. Bank Trust National Association, as Trustee for Lodge Series IV Trust

# CERTIFICATE OF SERVICE

On February 4, 2020, I served the foregoing documents described as Withdrawal of Notice of Mortgage Payment Change on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
James M Bach
JMB@JamesMBach.com

TRUSTEE
Charles J DeHart, III
TWecf@pamd13trustee.com

U.S. TRUSTEE
United States Trustee
ustpregion03.ha.ecf@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Evan Tragarz
Evan Tragarz

On February 4, 2020, I served the foregoing documents described as Withdrawal of Notice of Mortgage Payment Change on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

| **Debtor 1**<br>Joseph A Roemer<br>140 Joan Drive<br>York Haven, PA 17370 | **Debtor 2**<br>Dawn A. Roemer<br>140 Joan Drive<br>York Haven, PA 17370 |
|---|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Evan Tragarz
Evan Tragarz