United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>Joseph A Roemer<br>Dawn A. Roemer<br>    Debtors | Case No. 15-04884-HWV<br>Chapter 13 |

## CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: Feb 16, 2021      Form ID: fnldec      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2021:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + Joseph A Roemer, Dawn A. Roemer, 140 Joan Drive, York Haven, PA 17370-8910

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com |
| James M Bach | on behalf of Debtor 1 Joseph A Roemer JMB@JamesMBach.com<br>staff@jamesmbach.com;staff@ecf.courtdrive.com;r39038@notify.bestcase.com |
| James M Bach | on behalf of Debtor 2 Dawn A. Roemer JMB@JamesMBach.com<br>staff@jamesmbach.com;staff@ecf.courtdrive.com;r39038@notify.bestcase.com |
| Joshua I Goldman | on behalf of Creditor Nationstar Mortgage LLC josh.goldman@padgettlawgroup.com |

| | |
|---|---|
| | kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| Lauren Berschler Karl | on behalf of Creditor Select Portfolio Servicing Inc. as servicing agent for DLJ Mortgage Capital, Inc. lkarl@rascrane.com, lbkarl03@yahoo.com |
| Michelle Ghidotti | on behalf of Creditor U.S. Bank Trust National Association as Trustee for Lodge Series IV Trust bknotifications@ghidottiberger.com |
| Michelle Ghidotti | on behalf of Creditor Truste U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust bknotifications@ghidottiberger.com |
| Recovery Management Systems Corporation | claims@recoverycorp.com |
| Thomas I Puleo | on behalf of Creditor Nationstar Mortgage LLC tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Joseph A Roemer,
    **Debtor 1**

Dawn A. Roemer,
    **Debtor 2**

Chapter    13

Case No.    1:15−bk−04884−HWV

Social Security No.:
    xxx−xx−4311      xxx−xx−7494

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

    **Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: February 16, 2021

By the Court,

*[signature]*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: ChristopherGambini, Deputy Clerk

**fnldec** (10/20)